Núm. 1135.—HERNÁNDEZ USERA, peticionario, *v.* CORTE, dmdada. ▬▬ Abril 27, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Celebrada la audiencia sobre procedencia del presente recurso, atendidas la naturaleza de las cuestiones planteadas y la posibilidad de revisarlas en la apelación que se interponga contra una sentencia adversa, en caso de dictarse tal sentencia sin previa corrección de las supuestas irregularidades de que se queja el peticionario, y no apareciendo por tanto necesario que resolvamos o expresemos opinión alguna en este momento sobre los méritos de las cuestiones envueltas, no ha lugar al auto solicitado.